**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

CYNTHIA WANEK,

    Plaintiff,

    vs.                                                        Case No. 1:09-cv-01262-WDM-MJW

ACCOUNTS RECEIVABLE
MANAGEMENT, INC.

    Defendant.

---

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

---

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, CYNTHIA WANEK, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

                                      Respectfully Submitted,

DATED:  July 6, 2009                KROHN & MOSS, LTD.

                                    By: /s/ Nicholas J. Bontrager
                                          Nicholas J. Bontrager, Esq.
                                          Krohn & Moss, Ltd.
                                          10635 Santa Monica Blvd. Suite 170
                                          Los Angeles, CA 90025
                                          Ph: (323) 988-2400; Fx: (866) 802-0021
                                          Attorney for Cynthia Wanek