IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01262-WDM-MJW

CYNTHIA WANEK,

Plaintiff(s),

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the Notice of Settlement [Docket No. 4, Filed July 06, 2009], it is hereby ORDERED that the Rule 16(b) Scheduling Conference set August 13, 2009 at 9:30 a.m. is **vacated** as are all associated deadlines.

It is further ORDERED that the parties shall have to and including August 03, 2009 within which to file a stipulated motion to dismiss or show cause why this case should not be dismissed on the court's own motion.

Date:    July 08, 2009