**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:09-cv-01262-WDM-MJW

CYNTHIA WANEK,

    Plaintiff,

      v.

ACCOUNTS RECEIVABLE
MANAGEMENT, INC.

    Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL
(Unlawful Debt Collection Practices)**

---

**NOTICE OF VOLUNTARY DISMISSAL**

CYNTHIA WANEK (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ACCOUNTS RECEIVABLE MANAGEMENT, INC. (Defendant), in this case.

///

///

///

///

DATED:  July 14, 2009            KROHN & MOSS, LTD.

                                           By:      Nicholas J. Bontrager
                                                      Nicholas J. Bontrager, Esq.
                                                      Krohn & Moss, Ltd.
                                                      10635 Santa Monica Blvd., Suite 170
                                                      Los Angeles, CA 90025
                                                      Ph: (323) 988-2400; Fx: (866) 802-0021
                                                      nbontrager@consumerlawcenter.com